■ ELLISON HEIGHTS HOMEOWNERS ASSOCIATION, INC., Appellant, v ELLISON HEIGHTS LLC, et al., Respondents, et al., Defendants. (Appeal No. 2.) [976 NYS2d 904]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (William P. Polito, J.), entered December 3, 2012. The order and judgment denied the motion of plaintiff for leave to amend its amended complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Ellison Hgts. Homeowners Assoc., Inc. v Ellison Hgts. LLC* (112 AD3d 1302 [2013]). Present—Smith, J.P., Centra, Fahey, Carni and Whalen, JJ.